1  HOJOON HWANG (SBN 184950)
   Hojoon.Hwang@mto.com
2  JASON RANTANEN (SBN 229404)
   Jason.Rantanen@mto.com
3  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, 27th Floor
4  San Francisco, CA  94105
   Telephone:    (415) 512-4000
5  Facsimile:     (415) 512-4077

6  Attorneys for Plaintiff
   PHILIP MORRIS USA INC.
7
   DENNIS J. HERRERA (SBN 139669)
8  City Attorney
   WAYNE SNODGRASS (SBN 148137)
9  Wayne.Snodgrass@sfgov.org
   VINCE CHHABRIA (SBN 208557)
10 Vince.Chhabria@sfgov.org
   City Hall, Room 234
11 1 Dr. Carlton B. Goodlett Place
   San Francisco, CA 94102
12 Telephone:    (415) 554-4674
   Facsimile:     (415) 554-4699
13
   Attorneys for Defendants
14 CITY AND COUNTY OF SAN FRANCISCO ET. AL.

15                    UNITED STATES DISTRICT COURT

16                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                              OAKLAND DIVISION

18

19 | PHILIP MORRIS USA INC. | Case No. C08-4482 CW |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO; BOARD OF SUPERVISORS OF THE CITY AND COUNTY OF SAN FRANCISCO; and GAVIN NEWSOM, in his official capacity as MAYOR of the City and County of San Francisco, | |
| Defendants. | |

1  Pursuant to the Court's request, the parties in the above captioned matter have
2  telephonically met and conferred regarding a briefing schedule for the "*Ex Parte* Motion for a
3  Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction" (the "TRO
4  Motion") filed by Plaintiff Phillip Morris USA Inc. on September 24, 2008.  In light of the fact
5  that Ordinance No. 194-08 will otherwise take effect on October 1, 2008, the parties have agreed
6  on the following stipulated briefing schedule:
7  (1) Defendants shall file and serve their Opposition to the TRO Motion by ECF no later
8  than 3:00 PM on Monday, September 29, 2008; and
9  (2) Plaintiff may file a reply brief by ECF no later than 8:30 AM on September 30, 2008.
10  If desired by the Court, the Parties will serve additional courtesy copies for the Court's
11  use in such manner and by such time as the Court may direct.

DATED: September 25, 2008

OFFICE OF THE CITY ATTORNEY FOR THE CITY AND COUNTY OF SAN FRANCISCO

By: _____
    VINCE CHHABRIA

Attorney For Defendants
CITY AND COUNTY OF SAN FRANCISCO ET. AL.

DATED: September 25, 2008

MUNGER, TOLLES & OLSON LLP

By: _____
    HOJOON HWANG

Attorneys for Plaintiff
PHILIP MORRIS USA INC.

IT IS SO ORDERED.

Dated:  Sept. 26, 2008

_____
Hon. Claudia Wilken
United States District Judge

- 1 -

STIPULATION REGARDING TEMPORARY RESTRAINING ORDER BRIEFING SCHEDULE; C08-4482 CW