DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
VINCE CHHABRIA, State Bar #208557
FRANCESCA GESSNER, State Bar #247553
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102
Telephone:     (415) 554-4674
Facsimile:     (415) 554-4699
E-Mail:        vince.chhabria@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO;
BOARD OF SUPERVISORS OF THE
CITY AND COUNTY OF SAN FRANCISCO; AND
GAVIN NEWSOM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PHILIP MORRIS USA INC., <br><br>           Plaintiff, <br><br>     vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO; BOARD OF SUPERVISORS OF THE CITY AND COUNTY OF SAN FRANCISCO; and GAVIN NEWSOM, in his official capacity as MAYOR of the City and County of San Francisco, <br><br>           Defendants. | Case No. C08-4482 CW <br><br> **STIPULATED APPLICATION TO CONTINUE HEARING DATE AND ORDER** |

## STIPULATED APPLICATION

A hearing is presently set in the above-captioned matter for October 30, 2008 at 2:00 p.m., for defendants City and County of San Francisco, et al. ("City") to show cause why a preliminary injunction should not issue.  However, undersigned counsel for the City has a scheduling conflict on that date involving prearranged work-related travel.  Accordingly, the parties have stipulated, subject to the Court's approval, to continue the hearing one week to Thursday, November 6, 2008 at 2:00 p.m., and to extend the deadline for plaintiff Philip Morris USA to file its reply brief by one week, to Thursday, October 23, 2008.  A proposed order is attached.

Dated:  October 10, 2008

By: _____/s/_____.
    VINCE CHHABRIA

    Attorney for Defendants
    CITY AND COUNTY OF SAN FRANCISCO, ET AL.

Dated:  October 10, 2008

By: _____/s/_____.
    DANIEL COLLINS

    Attorney for Plaintiff
    PHILIP MORRIS USA, INC.

## ORDER

The stipulated application to continue the hearing in the above-captioned matter is GRANTED.  The hearing on the order to show cause why a preliminary injunction should not issue shall take place Thursday, November 6, 2008 at 2:00 p.m. in Courtroom 2.  Plaintiff's reply brief, if any, must be filed no later than Thursday, October 23, 2008.

10/14/08

Dated: _____       _____
                                    CLAUDIA WILKEN
                                    United States District Judge