```
 1  GREGORY P. STONE (SBN 78329)
    Gregory.Stone@mto.com
 2  DANIEL P. COLLINS (SBN 139164)
    Daniel.Collins@mto.com
 3  MARK R. YOHALEM (SBN 243596)
    Mark.Yohalem@mto.com
 4  MUNGER, TOLLES & OLSON LLP
    355 South Grand Avenue, 35th Floor
 5  Los Angeles, CA  90071-1560
    Telephone:     (213) 683-9100
 6  Facsimile:     (213) 687-3702

 7  HOJOON HWANG (SBN 184950)
    Hojoon.Hwang@mto.com
 8  JASON RANTANEN (SBN 229404)
    Jason.Rantanen@mto.com
 9  MUNGER, TOLLES & OLSON LLP
    560 Mission Street, 27th Floor
10  San Francisco, CA  94105
    Telephone:     (415) 512-4000
11  Facsimile:     (415) 512-4077

12  Attorneys for Plaintiff
    PHILIP MORRIS USA INC.
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PHILIP MORRIS USA INC., <br><br> Plaintiff, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO; BOARD OF SUPERVISORS OF THE CITY AND COUNTY OF SAN FRANCISCO; and GAVIN NEWSOM, in his official capacity as MAYOR of the City and County of San Francisco, <br><br> Defendants. | CASE NO.  C-08-4482-CW <br><br> **STIPULATED APPLICATION FOR ORDER STAYING CASE PENDING APPEAL FROM ORDERS DENYING PRELIMINARY INJUNCTION; ORDER GRANTING AS MODIFIED** |

6568195.1

**STIPULATION**

WHEREAS the request for preliminary injunction made by plaintiff Philip Morris USA Inc. ("PM USA") was initially denied by the Court by a "Minute Order" dated November 6, 2008;

WHEREAS, on December 5, 2008, the Court entered a further "Order Denying Preliminary Injunction";

WHEREAS, on December 5, 2008, PM USA filed a Notice of Appeal from the orders denying its request for a preliminary injunction; and

WHEREAS PM USA and Defendants ("the Parties") wish to avoid the expense and burdens of further litigation pending the disposition of PM USA's appeal, which raises threshold issues whose resolution would materially affect the course of the litigation;

The Parties therefore stipulate that the existing schedule for this case should be vacated and all proceedings in the case be stayed pending the disposition of PM USA's appeal, and the Parties hereby jointly apply to the Court for an order to that effect.

I, Hojoon Hwang, attest that I have obtained concurrence from Vince Chhabria in the filing of this Stipulated Application For Order Staying Case Pending Appeal From Orders Denying Preliminary Injunction; [Proposed] Order. *See* N.D. Cal. General Order 45 § 10(B).

DATED: December 10, 2008        MUNGER, TOLLES & OLSON LLP

By:  _____*/s/ Hojoon Hwang*_____
Hojoon Hwang
Attorneys for Plaintiff PHILIP MORRIS USA INC.

DATED: December 10, 2008        By: _____/s/ Vince Chhabria_____
Vince Chhabria

Attorney for Defendants

CITY AND COUNTY OF SAN FRANCISCO, et al.

6568195.1        - 1 -        STIPULATION AND [PROPOSED] ORDER STAYING CASE PENDING APPEAL
C-08-4482-CW

1 **ORDER**

2 Pursuant to the Parties' stipulation and good cause appearing therefor, IT IS HEREBY

3 ORDERED:  All proceedings in this case are hereby stayed and all existing dates vacated,

4 pending the disposition of Plaintiff Philip Morris USA Inc.'s appeal from the November 6, 2008

5 Minute Order denying Plaintiff's request for a preliminary injunction and from the December 5,

6 2008 Order Denying Preliminary Injunction.  **A Case Management Conference is scheduled**

7 **for June 9, 2009, at 2:00 p.m., which may be continued by stipulation if the appeal is**

8 **pending.**

9 Dated:   December 12, 2008

10

11 _____
Hon. Claudia Wilken
United States District Judge