1   GREGORY P. STONE (SBN 78329)
Gregory.Stone@mto.com
2   DANIEL P. COLLINS (SBN 139164)
Daniel.Collins@mto.com
3   MARK R. YOHALEM (SBN 243596)
Mark.Yohalem@mto.com
4   MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
5   Los Angeles, CA  90071-1560
Telephone:     (213) 683-9100
6   Facsimile:     (213) 687-3702

7   HOJOON HWANG (SBN 184950)
Hojoon.Hwang@mto.com
8   JASON RANTANEN (SBN 229404)
Jason.Rantanen@mto.com
9   MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
10  San Francisco, CA  94105
Telephone:     (415) 512-4000
11  Facsimile:     (415) 512-4077

Attorneys for Plaintiff
12  PHILIP MORRIS USA INC.

13                  UNITED STATES DISTRICT COURT

14          FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                      OAKLAND DIVISION

16

17  PHILIP MORRIS USA INC.,                    CASE NO.  C-08-4482-CW

18              Plaintiff,                     **STIPULATED APPLICATION FOR
                                               ORDER CONTINUING THE STAY OF
19      vs.                                    THIS CASE PENDING APPEAL FROM
                                               ORDERS DENYING PRELIMINARY
20  CITY AND COUNTY OF SAN                     INJUNCTION; ORDER**
    FRANCISCO; BOARD OF
21  SUPERVISORS OF THE CITY AND
    COUNTY OF SAN FRANCISCO; and
22  GAVIN NEWSOM, in his official capacity
    as MAYOR of the City and County of San
23  Francisco,

24              Defendants.

25

26

27

28

1

**STIPULATION**

2     WHEREAS the request for preliminary injunction made by plaintiff Philip Morris USA

3  Inc. ("PM USA") was initially denied by the Court by a Minute Order dated November 6, 2008;

4     WHEREAS, on December 5, 2008, the Court entered a further "Order Denying

5  Preliminary Injunction";

6     WHEREAS, on December 5, 2008, PM USA filed a Notice of Appeal from the orders

7  denying its request for a preliminary injunction;

8     WHEREAS, in order to avoid the expense and burdens of further litigation pending the

9  disposition of PM USA's appeal, which raises threshold issues whose resolution would materially

10 affect the course of the litigation, PM USA and Defendants ("the Parties") previously stipulated

11 that the existing schedule for this case should be vacated and all proceedings in the case stayed

12 pending the disposition of PM USA's appeal;

13    WHEREAS, in light of the Parties' stipulation, the Court on December 12, 2008, issued

14 an order staying all proceedings in this case and setting a Case Management Conference "for June

15 9, 2009, at 2:00 p.m., which may be continued by stipulation if the appeal is pending";

16    WHEREAS, PM USA's appeal remains pending and was just recently scheduled for oral

17 argument on August 12, 2009 at 9:30 AM in San Francisco;

18    NOW THEREFORE, the Parties respectfully stipulate that, pursuant to this Court's

19 December 12, 2008 Order, the existing stay of all proceedings in this case should be continued

20 pending resolution of PM USA's appeal.

21    I, Daniel P. Collins, attest that I have obtained concurrence from Vince Chhabria in the

22 filing of this "Stipulated Application For Order Continuing the Stay of This Case Pending Appeal

23 From Orders Denying Preliminary Injunction; [Proposed] Order".  *See* N.D. Cal. General Order

24 45 § 10(B).

25

26

27

28

- 1 -

STIPULATION AND [PROPOSED] ORDER
CONTINUING STAY PENDING APPEAL
C-08-4482-CW

1

2

DATED: May 29, 2009                      MUNGER, TOLLES & OLSON LLP

                                         By: _____ */s/ Daniel P. Collins*_____
3
                                                    Daniel P. Collins
                                         Attorneys for Plaintiff PHILIP MORRIS USA INC.
4

5    DATED: May 29, 2009

                                         By:_____/s/ Vince Chhabria_____
                                                    Vince Chhabria
6

7                                        Attorney for Defendants

                                         CITY AND COUNTY OF SAN FRANCISCO, et al.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
                                         CONTINUING STAY PENDING APPEAL
                                         C-08-4482-CW

1

## **ORDER**

2          Pursuant to the Parties' stipulation and good cause appearing therefor, IT IS HEREBY

3   ORDERED:  The stay of all proceedings in this case that was previously ordered by this Court on

4   December 12, 2008 shall remain in effect, pending the disposition of Plaintiff Philip Morris USA

5   Inc.'s appeal from the November 6, 2008 Minute Order denying Plaintiff's request for a

6   preliminary injunction and from the December 5, 2008 Order Denying Preliminary Injunction.

7   Accordingly, the Case Management Conference set for June 9, 2009 at 2:00 PM is taken off

8   calendar.

9   Dated:   June 8, 2009

10

_____

11                                              Hon. Claudia Wilken
                                                United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CONTINUING STAY PENDING APPEAL
C-08-4482-CW