GREGORY P. STONE (SBN 78329)
Gregory.Stone@mto.com
DANIEL P. COLLINS (SBN 139164)
Daniel.Collins@mto.com
MARK R. YOHALEM (SBN 243596)
Mark.Yohalem@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071-1560
Telephone:      (213) 683-9100
Facsimile:      (213) 687-3702

HOJOON HWANG (SBN 184950)
Hojoon.Hwang@mto.com
JASON RANTANEN (SBN 229404)
Jason.Rantanen@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105
Telephone:      (415) 512-4000
Facsimile:      (415) 512-4077

Attorneys for Plaintiff
PHILIP MORRIS USA INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| PHILIP MORRIS USA INC., | CASE NO.  C-08-4482-CW |
| Plaintiff, | **STIPULATION OF DISMISSAL; ORDER** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO; BOARD OF SUPERVISORS OF THE CITY AND COUNTY OF SAN FRANCISCO; and GAVIN NEWSOM, in his official capacity as MAYOR of the City and County of San Francisco, | |
| Defendants. | |

**STIPULATION**

WHEREAS on September 9, 2009, the U.S. Court of Appeals for the Ninth Circuit issued a memorandum decision affirming this Court's denial of Philip Morris USA Inc.'s request for a preliminary injunction;

NOW THEREFORE, Philip Morris USA Inc. and Defendants, by and through their counsel, respectfully stipulate as follows:

1.  Philip Morris USA Inc.'s Complaint is dismissed with prejudice.

2.  Each party will bear its own costs, expenses, and attorney's fees.

I, Daniel P. Collins, attest that I have obtained concurrence from Vince Chhabria in the filing of this "Stipulation of Dismissal; [Proposed] Order". *See* N.D. Cal. General Order 45 § 10(B).

DATED: Oct. 15, 2009        MUNGER, TOLLES & OLSON LLP

By:  */s/ Daniel P. Collins*
Daniel P. Collins
Attorneys for Plaintiff PHILIP MORRIS USA INC.

DATED: Oct. 15, 2009        By: /s/ Vince Chhabria
Vince Chhabria

Attorney for Defendants CITY AND COUNTY OF SAN FRANCISCO; BOARD OF SUPERVISORS OF THE CITY AND COUNTY OF SAN FRANCISCO; and GAVIN NEWSOM, in his official capacity as MAYOR of the City and County of San Francisco

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  Oct. 20, 2009

Hon. Claudia Wilken
United States District Judge

- 1 -

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
C-08-4482-CW